# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4316

_____

| | |
|---|---|
| Pamala J. Dumler, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Kenneth S. Apfel, Commissioner of | * |
| Social Security, | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: November 20, 1998
Filed: December 11, 1998

_____

Before BOWMAN, Chief Judge, LOKEN, Circuit Judge, and HAND,[1] District Judge.

_____

PER CURIAM.

Pamala J. Dumler appeals the judgment of the District Court,[2] which affirmed the decision of the Commissioner denying Dumler's claim for social security disability benefits. Because no error of law appears and the denial of benefits is supported by

_____

[1]The Honorable William Brevard Hand, United States District Judge for the Southern District of Alabama, sitting by designation.

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

substantial evidence in the record as a whole, the judgment of the District court is AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.